FILED
2010 JUN 23 A 11: 39

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Melchor Eduardo Quevedo - #103144

_____/

CV 10 80 147 MISC
VRW

### ORDER TO SHOW CAUSE

It appearing that Melchor Eduardo Quevedo has been enrolled as an inactive member of the State Bar of California pursuant to Section 6233 of the Business and Professions Code and that he may not practice law while so enrolled effective June 4, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 30, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Melchor Eduardo Quevedo
PO Box 122099
Chula Vista, CA 91912