**FILED**

AUG 3 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80147 MISC VRW

Melchor Eduardo Quevedo,
                                     ORDER
   State Bar No 103144
_____/

     On June 23, 2010, the court issued an order to show cause (OSC) why Melchor Eduardo Quevedo should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6233 of the Business and Professions Code, effective June 4, 2010.

     The OSC was mailed to Mr Quevedo's address of record with the State Bar on June 24, 2010. A written response was due on or before July 30, 2010. No response to the OSC has been filed as of this date.

     The court now orders Melchor Eduardo Quevedo removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

     IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


In the Matter ofL                              Case Number: CV10-80147 VRW

Melchor Eduardo Quevedo,                       **CERTIFICATE OF SERVICE**

_____/


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melchor Eduardo Quevedo
PO Box 122099
Chula Vista, CA 91912


Dated: August 31, 2010

                              Richard W. Wieking, Clerk
                              By: Cora Klein, Deputy Clerk

                              *Cora Klein*